# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John Roosevelt Baccus, #187393, | |
| Plaintiff, | C/A No.:9:08-326-DCN |
| vs. | **ORDER** |
| Sgt. Wilson; Lt. Stewart; Major Montel; Sgt. Jones; Warden Stan Burtt; Mr. Emrhein, Jr.; NFN Blowe; Ms. Jenkins; Williams; Ms. Walker; | |
| Defendants. | |

This matter is before the court pursuant to plaintiff's Motion to Set Aside Judgment. This motion was filed on December 15, 2008. After reviewing the motion, it is therefore

ORDERED, that the plaintiff's Motion to Set Aside Judgment is **denied.**

**AND IT IS SO ORDERED**.

David C. Norton
Chief United States District Judge

Charleston, South Carolina
August 4, 2009